06-CV-00312-CMP

FILED ENTERED
LODGED RECEIVED
MAR 7 2006 DJ
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

LUCKY BREAK WISHBONE CORPORATION,

Plaintiff,

v.

SEARS, ROEBUCK AND CO., a New York corporation and YOUNG & RUBICAM INC., a Delaware corporation,

Defendants.

No. CV6 0312 JLR

COMPLAINT FOR COPYRIGHT INFRINGEMENT, FALSE DESIGNATION OF ORIGIN, BREACH OF CONTRACT, UNJUST ENRICHMENT, AND VIOLATION OF THE WASHINGTON STATE CONSUMER PROTECTION ACT

**JURY TRIAL REQUESTED**

## I. PARTIES

1. Plaintiff, Lucky Break Wishbone Corporation ("Lucky Break Wishbone"), is a Washington corporation with a principal place of business at 4400 S.W. Roxbury Place, Seattle, Washington 98136-2738.

2. Upon information and belief, Defendant, Sears, Roebuck and Co. ("Sears") is a New York corporation with its principal place of business at 3333 Beverly Road, B-5 317A, Hoffman Estates, Illinois 60179.

3. Upon information and belief, Defendant, Young & Rubicam Inc. ("Y&R") is a Delaware corporation with its principal place of business at 285 Madison Avenue, New York, New York 10017.



CHRISTENSEN O'CONNOR JOHNSON KINDNESS PLLC
LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100

## II. JURISDICTION AND VENUE

4. This is an action arising out of the copyright laws of the United States, 17 U.S.C. § 501 *et seq.*, the Lanham Act, 15 U.S.C. § 1125(a), related state unfair competition and consumer protection laws, R.C.W. § 19.86 *et seq.*, and state common law.

5. This Court has subject matter jurisdiction pursuant to 17 U.S.C. § 501(a) and 15 U.S.C. § 1121; and 28 U.S.C. § 1331, as well as 1338(a) and (b).

6. Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b) and (c), and 1400(a) because the Defendants conduct business within this judicial district, and they or their agents or affiliates can be found in this judicial district. Acts giving rise to this complaint occurred within this judicial district.

## III. FACTS

### A. Plaintiff's Copyrighted Wishbone Sculpture

7. Lucky Break Wishbone developed a unique and original wishbone sculpture for the use and enjoyment of individuals worldwide who are familiar with the tradition of snapping the breastbone of a turkey to bring good luck or to fulfill a wish.

8. The Lucky Break Wishbone sculpture embodies certain idealistic characteristics of a dried turkey wishbone along with stylized accents to emphasize the item's aesthetic appeal, forming a truly unique work of art.

9. The Lucky Break Wishbone sculpture is also a widely successful novelty item, well-known throughout the United States and internationally.

10. The Lucky Break Wishbone sculpture is protected by a registered United States Copyright, Registration No. VA 1,325,348, said registration having an effective registration date of December 29, 2005. A copy of the United States Copyright Registration protecting the Lucky Break Wishbone sculpture is attached to this Complaint as Exhibit A.

11. Plaintiff, Lucky Break Wishbone, is the owner of U.S. Copyright Registration No. VA 1,325,348 by assignment. The Lucky Break Wishbone sculpture was completed in 2004 and first published November 6, 2004, in the United States.



CHRISTENSEN O'CONNOR JOHNSON KINDNESS PLLC
LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100

12. Lucky Break Wishbone has extensively promoted its unique and original sculpture in association with its name and mark LUCKY BREAK WISHBONE.

13. Through extensive advertising and promotion of the Lucky Break Wishbone sculpture, consumers in the United States and internationally have come to recognize the Lucky Break Wishbone sculpture as an indicator of goods and services originating with Lucky Break Wishbone.

14. Lucky Break Wishbone sculptures are manufactured exclusively within the United States.

**B. Acts Giving Rise to Defendants' Infringement**

15. Defendant, Sears, is one of the United States' largest retailers, selling a variety of goods and providing a variety of services.

16. Defendant, Y&R, is a major advertising, marketing, and public relations firm specializing in creating and carrying out promotional and marketing events on a variety of scales.

17. On information and belief, Y&R had a contract with Sears to create and carry out a promotion, which was to take place at Sears stores across the United States during the week of the 2005 Thanksgiving Day Holiday, from Saturday, November 19, 2005, through Wednesday, November 23, 2005 ("the Sears promotion").

18. In June 2005, representatives from Y&R contacted Lucky Break Wishbone in connection with the Sears promotion.

19. In June 2005, representatives of Y&R purchased a sample of the Lucky Break Wishbone sculpture with the intent to inspect said wishbone sculpture for its suitability for use in the Sears promotion.

20. In June 2005, Lucky Break Wishbone sent several sample wishbone sculptures by overnight delivery.

21. After receiving sample Lucky Break Wishbone sculptures, a representative of Y&R requested an estimate from Lucky Break Wishbone for the cost of special



CHRISTENSEN O'CONNOR JOHNSON KINDNESS PLLC
LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100

manufacturing of the wishbone sculptures to match a pantone color blue, including custom printing in either white or black. The requested estimate was for the cost of "one million drop shipped to three distribution points in 333k segments;" and for "two million drop shipped to three distribution points in 666k segments."

22. In response to Y&R's request for a quote, Lucky Break Wishbone responded on July 5, 2005, with a price quote.

23. The quote sent by Lucky Break Wishbone was acknowledged by Y&R, and on July 15, 2005, a representative from Y&R asked if the Wishbone sculptures could be distributed in a specially manufactured polymer bag or with a card having "condensed legal" verbiage.

24. On July 19, 2005, Lucky Break Wishbone sent Y&R a revised price quote. A second revised quote, based on additional requested product enhancements, was sent on July 22, 2005. Y&R acknowledged receipt of the revised quotes and samples with special packaging including legal verbiage, on July 25, 2005.

25. On August 4, 2005, a representative from Y&R sent a confirmatory memorandum by electronic mail ("e-mail") accepting Lucky Break Wishbone's quote stating, "we have gotten approval from the client and we look forward to doing business with you to produce our blue wishbones." Lucky Break Wishbone reasonably relied on Y&R's confirmatory memorandum dated August 4, 2005 as well as all other previous e-mails, by making substantial beginnings and commitments for performance.

26. Reliance on Y&R's confirmatory memorandum of August 4, 2005 was detrimental to Lucky Break Wishbone.

27. On August 5, 2005, a representative from Y&R sent an e-mail with shipping details for the Wishbone sculptures and confirming a quantity of 1,140,000-1,330,000 Wishbone sculptures to 1,900 stores.



CHRISTENSEN O'CONNOR JOHNSON KINDNESS^PLLC
LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100

28. On August 11, 2005, a representative from Y&R verbally repudiated the parties' agreement, indicating that Y&R discussed the possibility of having substitute wishbone sculptures manufactured by "an offshore company."

29. After Y&R's repudiation of its agreement with Lucky Break Wishbone, Y&R failed to perform under the agreement, causing Lucky Break Wishbone damage.

**C. Defendants' Infringing Activities**

30. On information and belief, Y&R sent samples of the Lucky Break Wishbone sculpture or otherwise transmitted three-dimensional information describing the Lucky Break Wishbone sculpture to an overseas manufacturer in China.

31. On information and belief, Y&R directed an overseas manufacturer in China to copy the Lucky Break Wishbone sculpture for use in the Sears promotion.

32. On information and belief, the overseas manufacturer in China copied the Lucky Break Wishbone sculpture and produced at least one million Lucky Break Wishbone sculptures for use in the Sears promotion.

33. The packaging utilized by Y&R and Sears for the Sears promotion was identical in size and shape to the packaging proposed by Lucky Break Wishbone and included the identical legal verbiage first created and supplied by Lucky Break Wishbone.

34. On information and belief, Y&R and/or Sears created a photograph or image of the Lucky Break Wishbone sculpture and used said photograph or image of the Lucky Break Wishbone sculpture in newspaper promotional materials distributed nationwide in connection with the Sears promotion. A sample of the newspaper promotional materials utilizing a photograph or image of the Lucky Break Wishbone sculpture is attached to this complaint as Exhibit B.

35. In numerous e-mails, Y&R acknowledged benefits received by Y&R through information and industry know-how supplied by Lucky Break Wishbone, including precise legal verbiage for the packaging, packaging sizes and shapes, packaging layouts, and other dimensions for the specially manufactured Lucky Break Wishbone sculpture and packaging.



CHRISTENSEN O'CONNOR JOHNSON KINDNESS PLLC
LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100

36. Defendants were not authorized to hire an overseas manufacturer in China or anywhere else to copy the Lucky Break Wishbone sculpture.

37. Defendants were not authorized to use an image or photograph of the Lucky Break Wishbone sculpture in any advertising or promotional literature.

38. Use by Sears of an image or photograph of the Lucky Break Wishbone sculpture in its national advertising campaign likely confused consumers into believing that the Lucky Break Wishbone sculpture used in connection with the Sears promotion originated from Lucky Break Wishbone.

39. Use by Sears of an image or photograph of the Lucky Break Wishbone sculpture falsely designated the origin of the actual Wishbone sculptures used in the Sears promotion.

40. Sears and Y&R benefited from the use of the photograph or image of the Lucky Break Wishbone sculpture in the Sears promotional advertising.

## IV. CAUSES OF ACTION

### COUNT I
### COPYRIGHT INFRINGEMENT

41. Lucky Break Wishbone incorporates the allegations made in paragraphs 1-40 as if fully set forth herein.

42. Defendants have willfully committed copyright infringement under 17 U.S.C. § 501 *et. seq.,* directly or by way of contributory liability, by the unauthorized practice or execution of one or more exclusive rights owned by Lucky Break Wishbone set forth in 17 U.S.C. § 106, said exclusive rights having been perfected by U.S. Copyright Registration No. VA 1,235,348 for the Lucky Break Wishbone sculpture.

### COUNT II
### FALSE DESIGNATION OF ORIGIN

43. Plaintiff Lucky Break Wishbone realleges paragraphs 1-40 as if fully set forth herein.



CHRISTENSEN O'CONNOR JOHNSON KINDNESS PLLC
LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100

44. Defendants' acts as alleged herein constitute a false designation of origin in violation of 15 U.S.C. § 1125(a).

**COUNT III**
**BREACH OF CONTRACT**

45. Plaintiff Lucky Break Wishbone realleges paragraphs 1-40 as if fully set forth herein.

46. Defendant Y&R breached its agreement with Lucky Break Wishbone to pay for a quantity of specially manufactured Lucky Break Wishbone sculptures at a certain price and for delivery according to other certain terms.

47. Plaintiff Lucky Break Wishbone made substantial beginnings of the special manufacturing of goods and made other commitments for performance according to the agreement.

**COUNT IV**
**UNJUST ENRICHMENT - QUASI CONTRACT**

48. Plaintiff Lucky Break Wishbone realleges paragraphs 1-40 as if fully set forth herein.

49. Defendants received benefit through the use of the Lucky Break Wishbone sculpture including, but not limited to, images thereof in its advertising and promotional materials.

50. Defendants received benefit through the use of Lucky Break Wishbone's specification and design for packaging and through the use of Lucky Break Wishbone's condensed legal verbiage for use in the Sears promotion on all packaging.

51. Defendants have not provided compensation to Lucky Break Wishbone for the use of the Lucky Break Wishbone sculpture in their advertising and promotional materials nor have Defendants provided Lucky Break Wishbone compensation for use of Lucky Break Wishbone's specially designed packaging and condensed legal verbiage.



CHRISTENSEN O'CONNOR JOHNSON KINDNESS^PLLC
LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100

**COUNT V**
**VIOLATION OF THE WASHINGTON STATE CONSUMER PROTECTION ACT**

52. Plaintiff Lucky Break Wishbone realleges paragraphs 1-40 as if fully set forth herein.

53. Infringing acts alleged herein were carried out collectively by Defendants to deceive the consuming public into believing that the Lucky Break Wishbone sculptures used in the Sears promotion originated with Lucky Break Wishbone.

54. The infringing acts of the Defendants as described herein affect the public interest and are therefore in violation of the Washington Consumer Protection Act ("CPA"), § 19.86 *et seq*.

**V. PRAYER FOR RELIEF**

WHEREFORE, the Plaintiff, Lucky Break Wishbone prays for the following relief:

A. An order entering judgment in Lucky Break Wishbone's favor and awarding Lucky Break Wishbone damages in an amount sufficient to compensate Lucky Break Wishbone for the expected benefit of its contract with Y&R for the Sears promotion or alternatively, an amount sufficient to compensate Lucky Break Wishbone for the substantial beginnings and commitments made in furtherance of the agreement to provide specially manufactured goods;

B. An order entering judgment in favor of Lucky Break Wishbone and awarding damages in an amount sufficient to compensate Lucky Break Wishbone for Defendants' willful acts of copyright infringement as alleged herein pursuant to and consistent with all relevant federal laws, including but not limited to, Title 17, U.S.C. §§ 502, 503 and 504;

C. An order entering judgment in favor of Lucky Break Wishbone and granting Lucky Break Wishbone its attorneys' fees and costs in connection with all applicable laws including 17 U.S.C. § 505; 15 U.S.C. § 1117; and R.C.W. § 19.090 *et seq*.;

D. An order entering judgment in favor of Lucky Break Wishbone and enjoining any further acts of infringement of the copyright in the Lucky Break Wishbone sculpture and



CHRISTENSEN O'CONNOR JOHNSON KINDNESS PLLC
LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100

further ordering the destruction of all articles used (such as molds or data models) in the acts of infringement, consistent with remedies available under 17 U.S.C. § 503 and 15 U.S.C. § 1118, and further ordering that defendants supply Lucky Break Wishbone with a written certification that all articles used in the infringement have been destroyed.

E. An order entering judgment in favor of Lucky Break Wishbone and enjoining Defendants from any further acts falsely designating the origin of their products in violation of 15 U.S.C. § 1125(a);

F. An order entering judgment in Lucky Break Wishbone's favor and enhancing any damages awarded in this case up to three times the actual amount awarded consistent with the statutes providing such remedies for willful infringement found in 17 U.S.C. § 504(c); 15 U.S.C. § 1117; and R.C.W. § 19.86 *et seq*. and any other applicable federal or state law; and

G. Such other further relief the Court may deem just and proper.

## VI. JURY DEMAND

Plaintiff Lucky Break Wishbone hereby demands a trial by jury of all issues so triable.

Dated this 6th day of March 2006.

CHRISTENSEN O'CONNOR
JOHNSON KINDNESS[PLLC]

[signature]

Mark P. Walters, WSBA No.: 30,819
Christensen O'Connor Johnson Kindness[PLLC]
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
Telephone: 206.682.8100
Fax: 206.224.0779
E-mail: walterm@cojk.com,
courtdocs@efiling.com
Attorney for Plaintiff





# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA 1-325-348

EFFECTIVE DATE OF REGISTRATION

DEC 29 2005
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
Lucky Break Wishbone

NATURE OF THIS WORK ▼ See instructions
Sculpture

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

**a** NAME OF AUTHOR ▼
Paraflex, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ■ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ■ No
Pseudonymous? ☐ Yes ■ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
■ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work
☐ Design on sheetlike material

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work
☐ Design on sheetlike material

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2004 ◀ Year
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ November Day ▶ 6 Year ▶ 2004
USA ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Lucky Break Wishbone Corp.
4400 S.W. Roxbury Place
Seattle, WA 98136

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
By Written Agreement

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED
DEC 29 2005
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
DEC 29 2005
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY

FORM VA

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ■ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
N/A

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
N/A

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ N/A
Account Number ▼ N/A

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP
Faye L. Tomlinson
Christensen O'Connor Johnson Kindness[PLLC]
1420 Fifth Avenue, Suite 2800, Seattle, WA 98101-2347 LBWC-4-6122

Area Code & Telephone Number ▶ 206.695.1717

Be sure to give your daytime phone number

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
■ authorized agent of Lucky Break Wishbone Corp.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Faye L. Tomlinson date ▶ 12/22/05

Handwritten signature (X) ▼
Faye L Tomlinson

**9**

MAIL CERTIFICATE TO

Certificate will be mailed in window envelope

Name ▼
Christensen O'Connor Johnson Kindness[PLLC]
Number/Street/Apt ▼
1420 Fifth Avenue, Suite 2800
City/State/ZIP ▼
Seattle, WA 98101-2347

• Complete all necessary spaces
• Sign your application in space 8
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000



*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined...

Sears

Good life. Great price.

TODAY ONLY

WITH ANY PURCHASE GET YOUR WISHBONE AND GET $10 OFF YOUR NEXT PURCHASE OF $100 OR MORE

Sunday, Nov. 20 thru Wednesday, Nov. 23 only

While quantities last. Exclusions apply. See store for details.

wish big

WISHBONE

wish big

THE

SATURDAY

SALE

29.99 sale

General Electric® 6½ ft. Augusta Pine pre-lit tree, save $30

Clear or multi. #95262/3

After noon, 49.99

Skirt not included. Holiday Decor not in all stores. While quantities last.

99.99 sale, each

Audiovox® handheld portable DVD/CD kit, save $40

Accessories included. #57295/D1420HPP/Pink #57285/D1420HPS/Silver

After noon, 139.99

50% off

All holiday slippers

Shown Reg. 20.00, sale 9.99

After noon, 13.99

Available in the Ladies accessory department. Excludes Lands' End® merchandise.

50% off

Reebok athletic shoes

Shown: Women's Stride, Reg. 39.99,

50% off

NEW! Harvard® electronic single shootout basketball game

Includes 3 balls. Reg. 119.99, sale 59.99 #25622

After noon, 79.99