UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUCKY BREAK WISHBONE CORPORATION,<br><br>      Plaintiff,<br><br>v.<br><br>SEARS, ROEBUCK AND CO., a New York corporation, and YOUNG AND RUBICAM INC., a Delaware corporation,<br><br>      Defendants. | No. C06-312Z<br><br>MINUTE ORDER |

  The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

  (1) The Court GRANTS Plaintiff Lucky Break Wishbone Corporation's unopposed Motion for Reconsideration, docket no. 150. The Court revises its Order, docket no. 140, at page 6, line 3, as follows: the Court replaces "natural wishbone" with "data set."

  (2) The Court DENIES Defendants' Motion for Summary Judgment, docket no. 162.

  (3) The Court ORDERS the parties' to file a Joint Status Report by March 31, 2008, with a proposed trial date, duration of trial, and whether it will be tried to a jury.

  (4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

  Filed and entered this 17th day of March, 2008.

                BRUCE RIFKIN, Clerk

                  s/ Claudia Hawney
               By _____
                Claudia Hawney
                Deputy Clerk

MINUTE ORDER 1–