06-CV-00312-JSR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUCKY BREAK WISHBONE CORPORATION,<br><br>  Plaintiff,<br><br>v.<br><br>SEARS ROEBUCK AND CO., a New York corporation, et al.,<br><br>  Defendants. | NO. C06-312Z<br><br>SPECIAL VERDICT FORM |

We, the jury, answer the questions submitted by the Court as follows:

Question No. 1

Do you find for the Plaintiff against Defendant Sears on the first claim of copyright infringement of the Lucky Break Wishbone Sculpture?

Answer:   Yes  X    No ____

If you answer Question No. 1 "yes", answer Question No. 2. If you answer Question No. 1 "no", proceed to Question No. 3.

Question No. 2

What amount of damages do you find were incurred as a result of the infringement of the Lucky Break Wishbone Sculpture?

Answer:   Actual Damages          $ 190,152.00

Profits Attributable
to Infringement         $ 1,479,404.00

Question No. 3

Do you find for the Plaintiff against Defendants Y&R and Sears on the claim of copyright infringement of the Lucky Break Product Warning?

Answer:   Yes  X          No _____

If you answer Question No. 3 "yes", please proceed to answer Question No. 4.  If you answered Question No. 3 "no", please date and sign the verdict form.

Question No. 4

What amount of actual damages do you find were incurred as a result of the infringement of the Lucky Break Product Warning?

Answer:   $ 30,024.00

Dated this  9  day of  July        , 2008.

*(signature)*
Presiding Juror