UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LUCKY BREAK WISHBONE CORPORATION,

    Plaintiff,

v.

SEARS, ROEBUCK AND CO., a New York corporation; and YOUNG & RUBICAM, INC., a Delaware corporation,

    Defendants.

Case No. C06-312TSZ

TAXATION OF COSTS

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against DEFENDANTS SEARS, ROEBUCK AND CO. and YOUNG & RUBICAM, INC., and on behalf of PLAINTIFF LUCKY BREAK WISHBONE CORPORATION in the amount of $13,418.57 as follows:

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| I. FILING FEE | $250.00 | 0 | $250.00 |
| II. DEPOSITION COSTS | $13,232.59 | $6,178.97 | $7,053.62 |

Clerk allowed as a taxable cost the expenses incurred for any deposition taken of a witness that actually testified at trial.

| III. PRINTING COSTS | $14,332.31 | $8,599.36 | $5,732.95 |
|---|---|---|---|

General copying costs are not taxable. Clerk estimated that 40% of requested costs represents the portion of copying directly related to the trial proceedings.

TAXATION OF COSTS -- 1

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| IV. WITNESS FEES | $382.00 | 0 | $382.00 |
| V. EXHIBIT COSTS | $32,814.23 | $32,814.23 | 0 |

Absent specific authorization from the court the costs for production of boards, diagrams, charts and digitized materials for use at trial are not taxable.

| | | | |
|---|---|---|---|
| VI. OTHER TRIAL COSTS | $305,588.46 | $305,588.46 | 0 |

None of the items identified under this category are costs taxable by the clerk pursuant to 28 USC 1920.

Dated this ___15th___ day of DECEMBER, 2008 .

_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 2